THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| JASON C. SHEPPARD, | ) |
| --- | --- |
| Plaintiff, | ) Civil Action No. 15-1588 |
| | ) Chief Magistrate Judge Maureen P. Kelly |
| v. | ) |
| ALLEGHENY COUNTY PRISON and R. FOWLER, | ) |
| | ) Re: ECF No. 19 |
| Defendants. | ) |

## **ORDER**

Presently before the Court is Plaintiff Jason C. Sheppard's "Motion for Sanctions and Show Cause Order, Motion for Court Order, Request for Indefinite Continuance," ECF No. 19, in which he seeks: (1) an order for the return of unspecified "legal property" held by Defendant Allegheny County Prison; (2) a show cause order as to why Plaintiff has not been given his legal property; and (3) a continuance of the April 26, 2016, due date for Plaintiff's response to Defendant's Motion to Dismiss, ECF No. 16.

Also before the Court is Defendants' Response to the instant Motion, ECF No. 21, in which Defendants represent, *inter alia*, that the Allegheny County Jail does not possess any property belonging to Plaintiff. Plaintiff also filed a Reply to the Response. ECF No. 22.

Following consideration of the above-identified filings, this Court orders as follows:

a. Plaintiff's Motion is GRANTED insofar as Defendant Allegheny County Jail is directed to conduct a thorough search and to return any and all legal documentation and personal property to Plaintiff by May 9, 2016, to 1665 New Haven Avenue, Pittsburgh, PA, 15216.

b. Plaintiff is granted an extension of time until May 31, 2016, to file his response to the pending Motion to Dismiss.

c. Plaintiff's Motion is DENIED in all other respects.

BY THE COURT:

/s/ Maureen P. Kelly

MAUREEN P. KELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2016

cc: JASON C. SHEPPARD
1665 New Haven Avenue
Pittsburgh, PA 15216

All counsel of record via CM-ECF